IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Doby, William E | Case Number: 06 B 11207 |
|---|---|---|
| | Doby, Hazel E | Judge: Goldgar, A. Benjamin |
| | Printed: 6/3/08 | Filed: 9/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 11, 2008
Confirmed: January 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,499.11 | |
| Secured: | | 2,132.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,479.00 |
| Trustee Fee: | | 250.41 |
| Other Funds: | | 1,636.97 |
| Totals: | 6,499.11 | 6,499.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 935.00 | 935.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,544.00 | 1,544.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 5. | Courts Of Randview Townhome | Secured | 3,235.00 | 704.00 |
| 6. | Cook County Treasurer | Secured | 2,531.00 | 120.00 |
| 7. | HSBC Bank USA | Secured | 322.00 | 322.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 986.73 | 986.73 |
| 9. | Capital One | Unsecured | 241.10 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 688.00 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 735.39 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 432.84 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 213.48 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 1,954.74 | 0.00 |
| 15. | Capital One | Unsecured | 170.31 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 89.70 | 0.00 |
| 17. | Kohl's/Kohl's Dept Stores | Unsecured | 41.55 | 0.00 |
| 18. | Dr Krueger DDS | Unsecured | 123.60 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 84.10 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 65.57 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 164.45 | 0.00 |
| 22. | Capital One | Unsecured | 91.41 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 80.59 | 0.00 |
| 24. | Check Into Cash | Unsecured | 112.88 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 88.11 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Doby, William E  
Doby, Hazel E  
Printed: 6/3/08

Case Number: 06 B 11207  
Judge: Goldgar, A. Benjamin  
Filed: 9/8/06

| # | Creditor | Type | Amount | Paid |
|---|---|---|---:|---:|
| 26. | Courts Of Randview Townhome | Unsecured | 0.00 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 74.43 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 36.41 | 0.00 |
| 29. | Cook County Treasurer | Unsecured | 3.49 | 0.00 |
| 30. | Resurgent Capital Services | Unsecured | 36.17 | 0.00 |
| 31. | Resurgent Capital Services | Unsecured | 679.79 | 0.00 |
| 32. | B-Real LLC | Unsecured | 466.30 | 0.00 |
| 33. | Elan Financial Services | Unsecured | 180.11 | 0.00 |
| 34. | Resurgent Capital Services | Unsecured | 136.71 | 0.00 |
| 35. | Resurgent Capital Services | Unsecured | 167.73 | 0.00 |
| 36. | Resurgent Capital Services | Unsecured | 124.92 | 0.00 |
| 37. | ECast Settlement Corp | Unsecured | 92.70 | 0.00 |
| 38. | Capital One | Unsecured | 286.45 | 0.00 |
| 39. | Metro Federal Credit Union | Secured | | No Claim Filed |
| 40. | Bank Of America | Unsecured | | No Claim Filed |
| 41. | GEMB | Unsecured | | No Claim Filed |
| 42. | GEMB | Unsecured | | No Claim Filed |
| 43. | Household Credit Services | Unsecured | | No Claim Filed |
| 44. | RPM Inc | Unsecured | | No Claim Filed |
| 45. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 46. | Metro Federal Credit Union | Unsecured | | No Claim Filed |
| 47. | Sams Club | Unsecured | | No Claim Filed |
| 48. | Household Bank FSB | Unsecured | | No Claim Filed |
| 49. | Children's Place | Unsecured | | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 17,216.76 | $ 4,611.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 96.79 |
| 5.4% | 153.62 |
|   | _____ |
|   | $ 250.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: